1
2
3
4
5
6
7
8                        UNITED STATES DISTRICT COURT
9                        EASTERN DISTRICT OF CALIFORNIA
10
11   BRENT ADLER,                          |   1:15-cv-00554-SKO (PC)
12                 Plaintiff,              |
                                          |   ORDER TRANSFERRING CASE TO THE
13         v.                             |   SACRAMENTO DIVISION OF THE
                                          |   EASTERN DISTRICT OF CALIFORNIA
14   MCDONALD, et al.,                    |
15                 Defendants.            |
16

17         Plaintiff, a former state prisoner proceeding pro se, filed this civil rights action pursuant to

18   42 U.S.C. § 1983 on April 10, 2015.  In his complaint, plaintiff alleges violations of his civil

19   rights by defendants.  The alleged violations took place in Lassen County, which is part of the

20   Sacramento Division of the United States District Court for the Eastern District of California.

21   Therefore, the complaint should have been filed in the Sacramento Division.

22         Pursuant to Local Rule 120(f), a civil action which has not been commenced in the proper

23   court may, on the court's own motion, be transferred to the proper court.  Therefore, this action

24   will be transferred to the Sacramento Division.

25         Good cause appearing, IT IS HEREBY ORDERED that:

26         1.  This action is transferred to the United States District Court for the Eastern District of

27   California sitting in Sacramento; and

28         2.  All future filings shall refer to the new Sacramento case number assigned and shall be

                                              1

filed at:

> United States District Court
> Eastern District of California
> 501 "I" Street, Suite 4-200
> Sacramento, CA, 95814.

IT IS SO ORDERED.

Dated:   **April 13, 2015**                          **/s/ Sheila K. Oberto**
UNITED STATES MAGISTRATE JUDGE

2