UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRENT ADLER, | No. 2:15-cv-0789 CKD P |
| Plaintiff, | |
| v. | ORDER AND |
| M. D. McDONALD, et al., | FINDINGS & RECOMMENDATIONS |
| Defendants. | |

Plaintiff is a state prisoner proceeding pro se with an action filed pursuant to 42 U.S.C. §1983. Before the court for screening is plaintiff's first amended complaint ("FAC"). (ECF No. 6.)

The amended complaint states a cognizable Eighth Amendment claim under 42 U.S.C. §1983 and 28 U.S.C. § 1915A(b) against defendant Anderson. See Cockcroft v. Kirkland, 548 F. Supp. 2d 767, 774- 775 (N.D. Cal. 2008) (collecting cases on unsanitary prison conditions). If the allegations of the amended complaint are proven, plaintiff has a reasonable opportunity to prevail on the merits of this action.

As to the remaining six defendants, the undersigned concludes that the FAC does not cure the defects of the original complaint as set forth in the May 28, 2015 screening order. See Daniels-Hall v. National Educ. Ass'n, 629 F.3d 992, 998 (9th Cir. 2010) (while the court must assume plaintiff's factual allegations are true, it is not required to accept allegations that are

1

1  "merely conclusory, unwarranted deductions of fact, or unreasonable inferences.")  Thus the
2  undersigned will recommend that all defendants but Anderson be dismissed from this action.
3       In accordance with the above, IT IS HEREBY ORDERED that:
4       1.  Service is appropriate for the following defendant:  Anderson.
5       2.  The Clerk of the Court shall send plaintiff one USM-285 form, one summons, an
6  instruction sheet and a copy of the amended complaint filed July 2, 2015.
7       3.  Within thirty days from the date of this order, plaintiff shall complete the attached
8  Notice of Submission of Documents and submit the following documents to the court:
9          a.  The completed Notice of Submission of Documents;
10         b.  One completed summons;
11         c.  One completed USM-285 form for each defendant listed in number 1 above;
12 and
13         d.  Two copies of the endorsed amended complaint filed July 2, 2015.
14      4.  Plaintiff need not attempt service on defendant and need not request waiver of service.
15 Upon receipt of the above-described documents, the court will direct the United States Marshal to
16 serve the above-named defendant pursuant to Federal Rule of Civil Procedure 4 without payment
17 of costs.
18      5.  The Clerk of Court is directed to assign a district judge to this action.
19      IT IS HEREBY RECOMMENDED THAT all defendants except Anderson be dismissed
20 from this action with prejudice.
21      These findings and recommendations are submitted to the United States District Judge
22 assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within fourteen days
23 after being served with these findings and recommendations, plaintiff may file written objections
24 with the court.  Such a document should be captioned "Objections to Magistrate Judge's Findings
25 and Recommendations."  Plaintiff is advised that failure to file objections within the specified
26 ////
27 ////
28 ////

time may waive the right to appeal the District Court's order. <u>Martinez v. Ylst</u>, 951 F.2d 1153 (9th Cir. 1991).

Dated: August 3, 2015

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

2 / adle789.1amd.new

|   |   |
|---|---|
| 1 |   |
| 2 |   |
| 3 |   |
| 4 |   |
| 5 |   |
| 6 |   |
| 7 |   |

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| BRENT ADLER, | No. 2:15-cv-0789 CKD P |
|---|---|
| Plaintiff, |   |
| v. | NOTICE OF SUBMISSION OF DOCUMENTS |
| M. D. McDONALD, et al., |   |
| Defendants. |   |

Plaintiff hereby submits the following documents in compliance with the court's order filed _____ :

\_\_\_\_		completed summons form

\_\_\_\_		completed USM-285 forms

\_\_\_\_		copies of the _____

Complaint

DATED:

_____

Plaintiff

4