UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRENT ADLER, | No. 2:15-cv-0789 TLN CKD P |
| Plaintiff, | |
| v. | ORDER |
| M. D. McDONALD, et al., | |
| Defendants. | |

Defendant Anderson requests an order staying all discovery until this court issues a final ruling on defendant's motion for summary judgment, filed on November 18, 2015. Defendant further requests that the discovery and pretrial motion dates in the Discovery and Scheduling Order be vacated, and new dates issued in the event the pending summary judgment motion is denied. Good cause having been shown, the court will grant defendant's motion.

Accordingly, IT IS HEREBY ORDERED that:

1. Defendant's motion to stay (ECF No. 15) is granted;

2. Discovery in this matter is stayed until the District Court issues a final ruling on the defendant's November 18, 2015 motion for summary judgment; and

////

////

////

1

3. The discovery and pretrial motion cut off dates set forth in the Discovery and Scheduling Order issued on November 5, 2015 are hereby vacated. The court will reset those dates if defendant's motion for summary judgment is denied.

Dated: November 20, 2015

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

2 /adle0789.stay