UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRENT ADLER,<br><br>           Plaintiff,<br><br>      v.<br><br>M. D. McDONALD, et al.,<br><br>           Defendants. | No.  2:15-cv-0789 TLN CKD P<br><br><br><br>ORDER |

On November 18, 2015, defendant Anderson filed a motion for summary judgment. On January 5, 2016, plaintiff was granted a 21-day extension of time to oppose the motion. (ECF No. 19.) That period has passed, and plaintiff has not filed an opposition.

Good cause appearing, IT IS HEREBY ORDERED that within thirty days of the date of this order, plaintiff shall file an opposition to the motion for summary judgment or a statement of non-opposition.  Failure to comply with this order will result in dismissal of this action pursuant to Federal Rule of Civil Procedure 41(b).

Dated:  February 10, 2016

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

2 / adle0789.46osc