UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRENT ADLER,<br><br>            Plaintiff,<br><br>     v.<br><br>M. D. McDONALD, et al.,<br><br>            Defendants. | No.  2:15-cv-0789 TLN CKD P<br><br><br><br>ORDER |

On March 16, 2016, the undersigned issued findings and a recommendation of dismissal due to plaintiff's failure to timely oppose defendant Anderson's motion for summary judgment. (ECF No. 21.) Plaintiff has filed objections, arguing that summary judgment should be denied. (ECF No. 22.) Liberally construing plaintiff's pro se filing, the court will treat it as an opposition to summary judgment and vacate its former recommendation of dismissal.

Accordingly, IT IS HEREBY ORDERED that:

1. The March 16, 2016 recommendation of dismissal is vacated; and

2. Defendant may file a reply to plaintiff's March 18, 2016 filing (construed as an opposition) no later than seven days from the date of this order.

Dated:  March 25, 2016

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

2 / adle0789.vac